Robinson & Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Phone (520) 299-4922   Fax (520)299-1482

James L. Robinson, Jr.
PCB #48612 - Ariz. Bar #3184
Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279
Susan T. Johnson
PCB #65614 — Ariz. Bar #21152

Attorneys for Debtors.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re** | ) In Proceedings Under Chapter 13 |
| FRANCISCO J. ESPINOSA | ) Case No. 92-3819-TUC-~~LO~~ *cuoll* |
| SS# 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 | ) |
| | ) **ORDER TO REOPEN/REINSTATE** |
| | ) **CHAPTER 13 CASE** |
| Debtor. | ) |

**THE DEBTOR, FRANCISCO J. ESPINOSA**, having filed a Motion to Reopen/Reinstate his bankruptcy Case, and good cause appearing, therefore,

**IT IS ORDERED** that the bankruptcy of the above-named Debtor is hereby reopened/reinstated.

**DATED** this ___25___ day of ___June___, 2003.

_____
U.S. Bankruptcy Judge

HONORABLE
EILEEN W HOLLOWELL

1