Robinson & Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520) 299-1482

James L. Robinson, Jr.
PCB # 48612 - Ariz. Bar# 3184
Daniel J. Rylander
PCB # 64969 - Ariz. Bar # 15279
Susan T. Johnson
PCB# 65614-Ariz. Bar #21152

Attorneys for Debtor.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

FRANCISCO J. ESPINOSA

        Debtor.

FRANCISCO J. ESPINOSA,

        Debtor,

and

SECRETARY OF EDUCATION OF THE UNITED STATES, SECRETARY OF THE TREASURY OF THE UNITED STATES, USA FUNDS, INC., NATIONAL MANAGEMENT ENTERPRISES, INC., COLLECTION AGENCIES ONE THROUGH FIVE, JOHN AND JANE DOES SIX THROUGH 10,

        Creditors/Claimants,

In Proceedings Under Chapter 13

Case No. **92-3819 TUC-LO**

M. _____

**DEBTOR'S MOTION FOR VIOLATION OF THE DISCHARGE INJUNCTION, CONTEMPT, SANCTIONS AND DAMAGES**

1. The Debtor, FRANCISCO J. ESPINOSA (hereinafter "ESPINOSA") filed the above-captioned and numbered Chapter 13 Petition and Plan on or about December 7, 1992.

2. ESPINOSA timely completed all his Plan payments on or about May 7, 1997, and thereafter received his discharge.

.

1

3. The Claimant SECRETARY OF EDUCATION OF THE UNITED STATES GOVERNMENT (hereinafter "EDUCATION") is an agency of the United States government which grants student loans.

4. The Claimant SECRETARY OF THE TREASURY OF THE UNITED STATES (hereinafter "TREASURY") is a government agency that administers the interception of income tax refunds at the behest of EDUCATION.

5. The Claimant USA FUNDS, INC., (hereinafter "USA FUNDS") is the guaranty agency that administered the Debtor's student loans.

6. The Claimant NATIONAL MANAGEMENT ENTERPRISES, INC., (hereinafter "ENTERPRISES") is a collection agency which has been engaging in efforts to collect the alleged student loan amounts due to EDUCATION.

7. The Claimants COLLECTION AGENCIES ONE THROUGH FIVE are collection agencies which, at the behest of the other Claimants herein, have attempted to collect the alleged debt owed to USA FUNDS and/or EDUCATION and when their true identities are known this Motion will be amended accordingly.

8. The Claimants JOHN AND JANE DOES SIX THROUGH TEN are officers, administrators, agencies or sub-agencies which, at the behest of the other Claimants herein, have attempted to collect the alleged debt owed to USA FUNDS and/or EDUCATION, and when said Claimants true identities are known, the caption of this Motion shall be amended accordingly.

9. This Motion is filed by Debtor ESPINOSA in the above-captioned Chapter 13 case, and this Court thus has jurisdiction over this proceeding, which arises in a case under

2

the Bankruptcy Code and concerns property of the Debtor, pursuant to 28 U.S.C. § 1334. This is a core proceeding.

10. Debtor ESPINOSA obtained a student loan(s) to attend I.T.T. Tech.

The Debtor's Chapter 13 Plan provided that the claim of for educational loans by the Claimant(s), USA FUNDS EDUCATION would be paid 100% through the Plan; the Plan provided that "[a]ny amounts or claims for student loans unpaid this Plan shall be discharged." (See **Exhibit "A"** which is of the Debtor's Bankruptcy Plan.)

Claimants received notice of the Debtor's Bankruptcy. **Exhibit "B"** which is a copy of the Debtor's Schedule Master Mailing List, and Verification of Creditor

of the Claimants objected to Debtor ESPINOSA'S 13 Plan.

Claimant USA FUNDS filed a proof of claim in this case.

15. None of the Claimants responded to or challenged the Chapter 13 Trustee's objection to the proof of claim filed by USA FUNDS. (See **Exhibit "C"**, the Court Order confirming the Debtor's Chapter 13 Plan.)

16. Debtor ESPINOSA'S Chapter 13 Plan did, in fact, pay USA FUNDS the sum of $13,250.00.

17. The Debtor timely completed all his Plan payments and received his discharge on or about May 7, 1997.

18. The Debtor's student loan obligations were discharged by the Order of this Court on May 30, 1997, pursuant

3

to 11 U.S.C. § 524. (See **"Exhibit D"**, a copy of the U.S. Bankruptcy Court's Discharge Order.) Claimants' claims fall within the scope of that discharge.

19. Thereafter, beginning in 2001, the Claimant EDUCATION, nine (9) years after the Debtor filed his Chapter 13 Plan, started to harass the Debtor, alleging that the Debtor owed it $17,

20 EDUCATION subsequently caused TREASURY to offset the Debtor's x refunds for the last 3 years toward payment of the alleged

and Debtor's lawyer have made repeated efforts and detailed letters explaining the situation request that EDUCATION cease and desist its collection in violation of the discharge injunction (See **Exhibit** letter written to the U. S Department of Education lawyer).

EDUCATION has failed and/or refused to contact Debtor's this case.

collection agencies working on behalf of EDUCATION to harass the Debtor ESPINOSA with phone calls and letters regarding the alleged debt.

24. EDUCATION and TREASURY have refused to refund the wrongfully garnished/offset funds and to cease offsetting the Debtor ESPINOSA'S tax refunds.

25. The Claimants' demand that the Debtor pay a discharged debt constitutes unlawful collection actions in willful violation of the discharge injunction, 11 U.S.C. §524.
.

4

26. Debtor ESPINOSA was forced to reopen this case in order seek relief from the Court.

WHEREFORE, the Debtor prays that this Court:

1. Issue its order that Claimants cease and desist all collection activity against Debtor ESPINOSA.

2. Issue its order that Claimants immediately remit the wrongfully withheld tax refunds to Debtor.

3. Find that Claimants, and each of them, are in contempt of Court for violating 11 U.S.C. §524 and award Debtor ESPINOSA a sum so as to punish claimants sufficiently and discourage them from such future actions against ESPINOSA and other debtors similarly situated.

4. Award Debtor ESPINOSA damages, costs, and attorney's fees pursuant to 11 U.S.C. §105(a); and

5. For such other and further relief as is just and proper.

DATED this 2 day of October, 2003.

*[signature]*

James L. Robinson, Jr.
ROBINSON & RYLANDER, P.C.
Attorneys for Debtor

Original filed with the Clerk of the United States Bankruptcy Court, this 2 day of October, 2003.

Copy of the foregoing mailed/hand delivered this 2 day of October, 2003 to:

```
 1 │ John Ashcroft
   │ Attorney General for the
 2 │ United States of America
   │ United States Department of Justice
 3 │ Washington D.C.
   │
 4 │ Terry Goddard
   │ United States Attorney for
 5 │ The District of Arizona
   │ 1275 West Washington
 6 │ Phoenix, AZ 85007
   │
 7 │ Daniel G. Knauss
   │ United States Attorney
 8 │ 405 West Congress, Suite 4800
   │ Tucson, AZ 85701
 9 │
   │
10 │ Diane Spadoni, Regional Director
   │ US Department of Education
11 │ Chicago Service Center
   │ Office of Student Financial Assistance
12 │ Washington, D.C. 20202
   │
13 │ USA Funds, Inc.
   │ P.O. Box 6028
14 │ Indianapolis, IN 46206-6028
   │
15 │ National Asset Management Enterprises, Inc.
   │ P.O. Box 723728
16 │ Atlanta, GA 3119
   │
17 │ Mr. Francisco Espinosa
   │ 3496 E. Vaughn Ave.
18 │ Gilbert, AZ 85234
   │
19 │
   │
20 │ By _____/s/ Jennifer Stallings_____
   │    Jennifer Stallings, Legal Assistant
21 │    ROBINSON & RYLANDER, PC
   │    Attorneys for Debtor
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```